ment and reconsideration denied. Present—Scudder, P.J., Centra, Carni and Martoche, JJ.

■ ROBERT PETHICK, Appellant, v ELIZABETH PETHICK, Now Known as ELIZABETH CACCAMISE, Respondent. [940 NYS2d 517]— Motion for reargument denied. Present—Smith, J.P., Fahey, Peradotto, Carni and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN C. BADMAN, Appellant. [939 NYS2d 907]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Cayuga County Court, Mark Fandrich, A.J.—Criminal Mischief, 3rd Degree). Present—Scudder, P.J., Smith, Peradotto, Carni and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN C. BADMAN, Appellant. [939 NYS2d 908]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Cayuga County Court, Mark Fandrich, A.J.—Criminal Possession of a Controlled Substance, 5th Degree). Present—Scudder, P.J., Smith, Peradotto, Carni and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REGGIE CLARK, Appellant. [939 NYS2d 925]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Monroe County Court, John J. Connell, J.— Criminal Possession of a Weapon, 3rd Degree). Present—Scudder, P.J., Smith, Peradotto, Carni and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOLPH A. GRAYSON, Appellant. [939 NYS2d 926]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Monroe County Court, Patricia D. Marks, J.—Petit Larceny ). Present—Scudder, P.J., Smith, Peradotto, Carni and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOLPH A. GRAYSON, Appellant. [939 NYS2d 926]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Monroe County Court, Patricia D. Marks, J.—Petit Larceny ). Present—Scudder, P.J., Smith, Peradotto, Carni and Sconiers, JJ.